No. —, original. EX PARTE: IN THE MATTER OF APEX ELECTRIC MANUFACTURING COMPANY. June 6, 1927. The motion for leave to file petition for a writ of mandamus is denied without prejudice to an application for a writ of mandamus to the Circuit Court of Appeals for

the Seventh Circuit. *Messrs. Elwood G. Godman, Ralph E. Moody,* and *Bernard Barnard* for petitioner.